AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America            WARRANT FOR ARREST

v.

Mark McDonald            Case Number: 15 CR 174

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Mark McDonald** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    Information    Complaint    Order of court    Violation Notice    Probation    Violation Petition

charging him or her with: **Property Mortgaged or Pledged to Farm Credit Agency Statements or Entries Generally**

in violation of Title 18 United States Code, Section(s) 658
Title 18 United States Code, Section(s) 1001

Yvette Montanez Issuing Officer      Deputy Clerk

_[signature]_ Signature of Issuing Officer      April 8, 2015 Chicago, IL

FILED
4-8-15
APR 8 2015 YM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Date Received     Name and Title of Arresting Officer     Signature of Arrest Officer |
| Date of Arrest |